UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No. 09-294(DRD) |
| Plaintiff, | : | |
| | : | |
| v. | : | **O R D E R** |
| | : | |
| BASELET GUILLAUME | : | |
| | : | |
| Defendant. | : | |

For the reasons set forth in an opinion of even date;

It is this 23rd day of February, 2010;

**ORDERED** that the motion of Defendant, Baselet Guillaume, to dismiss the indictment, is denied.

    *s/ Dickinson R. Debevoise*
DICKINSON R. DEBEVOISE
U.S.S.D.J.