# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 09-294(DRD) |
| Plaintiff, : | |
| : | **O R D E R** |
| v. : | |
| : | |
| GUILLAUME BASELET : | |
| : | |
| Defendant. : | |
| _____: | |

Defendant, Guillaume Baselet, having moved to correct his sentence pursuant to 18 U.S.C. § 3582(c)(2) and to correct the Bureau of Prison's calculation of the time he has spent in custody; and for the reasons set forth in an opinion of even date;

IT is this 22nd day of February, 2011;

**ORDERED** that Defendant's motion is dismissed.

                                              *s/ Dickinson R. Debevoise*
                                              DICKINSON R. DEBEVOISE
                                                      U.S.S.D.J.